UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESPINOZA,<br>        Petitioner,<br>  v.<br>W. L. MONTGOMERY, Warden,<br>        Respondent. | Case No. 14-cv-05376-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss; and Denying Certificate of Appealability,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: May 27, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge